# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHARON GRISWOLD, MD MPH** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 22-0568** |
| **v.** | : | |
| | : | |
| **DREXEL UNIVERSITY,** *et al.* | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 1st day of March 2024, upon consideration of Defendants' *partial motion for summary judgment*, (ECF 28), Plaintiff's response in opposition, (ECF 29), and Defendants' reply, (ECF 32), it is hereby **ORDERED**, for the reasons set forth in the accompanying Memorandum Opinion, that:

1. The motion for summary judgment is **GRANTED** on Plaintiff's discriminatory termination claim;

2. The motion for summary judgment is **DENIED** as to Plaintiff's retaliation claim; and

3. The motion for summary judgment is **DENIED** as to Plaintiff's hostile work environment claim.

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*